Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 15 PM 3:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

JEFFREY SEALS, an individual

vs

TIME WARNER CABLE INC., a Delaware Corporation, and DOES 1 through 100, inclusive,

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1500 DMS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN H. DONBOLI
JL SEAN SLATTERY
DEL MAR LAW GROUP, LLP, 322 Eighth Street, Suite 105, Del Mar, CA 92014
Telephone: (858) 793-6244

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 1 5 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com