| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and Address):<br>John H. Donboli (SBN 205218)<br>Del Mar Law Group<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | Telephone No.: 858 793-6244 | FOR COURT USE ONLY |
| **ATTORNEY FOR (NAME):** Plaintiff | Ref. No. or File No.<br>Seals | |

Insert name of court, judicial district or branch court, if any:
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

**PLAINTIFF:**
JEFFREY SEALS, an individual

**DEFENDANT**
TIME WARNER CABLE INC., a Delaware Corporation, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>08 CV 1500 DMS CAB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR DAMAGES; NOTICE OF INTERESTED PARTIES

ON: Time Warner Cable Inc., a Delaware Corporation
AT: 290 Harbor Drive
    Stamford, CT 06902

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 8/27/2008 4:10:00 PM
PERSON SERVED: Mary Courage - Person Authorized to Accept

FEE FOR SERVICE: $125.00

Not a Registered California Process Server
County:
**Registration No.**
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
**Wednesday, September 03, 2008**

Signature: _Kevin Farina_ (signed)
Kevin Farina